**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-1375**

─────────────

GEORGETTE R. ASBURY,

                    Plaintiff – Appellant,

          v.

CITY OF ROANOKE,

                    Defendant – Appellee.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District
Judge.  (7:08-cv-00272-gec-pms)

─────────────

Submitted:  July 30, 2009              Decided:  August 4, 2009

─────────────

Before MOTZ, KING, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Georgette R. Asbury, Appellant Pro Se.  William Michael
Hackworth, Timothy Ross Spencer, CITY ATTORNEY'S OFFICE,
Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgette R. Asbury appeals the district court's order granting Defendant's motion for summary judgment in this action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Asbury v. City of Roanoke, No. 7:08-cv-00272-gec-pms (W.D. Va. Feb. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED